IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAVISS R. TAYLOR,

    Plaintiff,                              CIV S-05-1950 GGH

    vs.

JO ANNE B. BARNHART,               ORDER

Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the

1 United States Marshal.

2      4.  Within fifteen days from the date of this order, plaintiff shall submit to the
3 United States Marshal a completed summons, four copies of the complaint, and a copy of the
4 scheduling order, and shall file a statement with the court that said documents have been
5 submitted to the United States Marshal.

6      5.  The United States Marshal is directed to serve all process without prepayment
7 of costs not later than sixty days from the date of this order.  Service of process shall be
8 completed by delivering a copy of the summons and complaint to the United States Attorney for
9 the Eastern District of California, and by sending a copy of the summons and complaint by
10 registered or certified mail to the Attorney General of the United States at Washington, D.C.  See
11 Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and
12 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
13 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  See
14 Fed. R. Civ. P. 4(i)(2).

15 DATED: 11/16/05

16                          /s/ Gregory G. Hollows
17                          _____
                             UNITED STATES MAGISTRATE JUDGE
GGH:076/taylor.ifp