1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLAVISS R. TAYLOR,

11             Plaintiff,                    No. CIV S-05-1950 GGH

12        vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social
14   Security,

15             Defendants.              ORDER TO SHOW CAUSE

16   _____/

17        On November 16, 2005, the court entered its order granting plaintiff's request to

18   proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a

19   USM-285 form.  Pursuant to that order, within 15 days from the November 16th filed date of the

20   order, plaintiff was to provide the United States Marshal with the information to complete

21   service of process.  The court has not received a proof of service showing that the defendant has

22   been served, and the U.S. Marshal has no record of the documentation being filed with their

23   office.

24   \\\\\

25   \\\\\

26   \\\\\

                                              1

1    THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why

2  this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

3  DATED: 3/31/06

/s/ Gregory G. Hollows

4  
UNITED STATES MAGISTRATE JUDGE

5  taylor.osc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26