IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAVISS R. TAYLOR,                         No. 2:05-cv-1950-MCE-GGH

      Plaintiff,

  v.                                       <u>ORDER</u>

JO ANNE BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

    On June 26, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days.  No objections were filed.

    Accordingly, the Court presumes any findings of fact are correct.  <u>See</u> <u>Orland v. U.S.</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.

///

1

1  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454
2  (9th Cir. 1983).
3       The Court has reviewed the applicable legal standards and,
4  good cause appearing, concludes that it is appropriate to adopt
5  the Proposed Findings and Recommendations in full.
6       Accordingly, IT IS ORDERED that:
7       1.  The Proposed Findings and Recommendations filed June 26,
8  2006, are ADOPTED;
9       2.  This case is dismissed.
10 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE